**UNITED STATES of America, Plaintiff,**

**v.**

**Paul GREEN, Defendant.**

**Cr. A. No. 1425.**

United States District Court
E. D. Tennessee,
Winchester Division.

March 27, 1967.

---

**352**

Joe S. Bean, Winchester, Tenn., for plaintiff.

John S. Reddy, U. S. Atty., Chattanooga, Tenn., for defendant.

## ORDER

NEESE, District Judge.

Mrs. Rosie Green, ostensibly the wife of this prisoner, has filed a document entitled "Petition for Clemency for Husband, Paul Green", which appears to be a motion for a reduction in the sentence imposed on the prisoner on January 30, 1967. Rule 35, Federal Rules of Criminal Procedure. Mrs. Green is not a party of record to this action.

■ A person who is not a party of record to a lawsuit has no standing therein which enables him or her to take part in the proceedings. 39 Am.Jur. 928, Parties, § 55. Accordingly, the aforesaid petition of Mrs. Green hereby is

Stricken.